# Exhibit A

**DeCOTIIS, FITZPATRICK & COLE, LLP**
**Gregory J. Hazley (I.D. #162622016)**
61 South Paramus Road
Paramus, New Jersey 07652
(201) 928-1100 | ghazley@decotiislaw.com
*Attorneys for Plaintiff, Megan Schaffer*

| | |
|---|---|
| MEGAN SCHAFFER,<br><br>                                Plaintiff,<br><br>v.<br><br>BOROUGH OF PARAMUS; KEN RASCHEN in his individual and official capacity; JOSEPH "JAY" SEXTON in his individual and official capacity; ROBERT KAISER, in his individual and official capacity; ACE ANTONIO, in his individual and official capacity; JEANNE WEBER, in her individual and official capacity; WILLIAM R. COMERY, in his individual and official capacity; HECTOR OLMO, in his individual and official capacity;<br><br>                                Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – BERGEN COUNTY<br>DOCKET NO: BER-L-6846-22<br><br>CIVIL ACTION<br><br>**PROOF OF SERVICE** |

The undersigned certifies as follows:

1. I caused to be served one true copy of a summons and the Verified Complaint upon each defendant in this matter.

2. The attached Affidavits of Service set forth the time and manner of service upon each defendant.

                                                        **DECOTIIS, FITZPATRICK & COLE, LLP**
                                                        *Attorney for Plaintiff, Megan Schaffer*

                                           By:   */s/ Gregory J. Hazley*
                                                      Gregory J. Hazley

Dated: January 27, 2023

#3257964

MEGAN SCHAFFER     Plaintiff

vs

BOROUGH OF PARAMUS, ET AL     Defendant

20230125174446

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
ACE ANTONIO
1 W. JOCKISH SQUARE
PARAMUS  NJ  07652
**By serving:** ACE ANTONIO

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

**Service Data:** [X] Served Successfully    [ ] Not Served

Date/Time: 1/26/2023 11:32 AM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

ANNEMARIE KRUSZNIS, MUNICIPAL CLERK

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:  Date/Time: _____  Date/Time: _____  Date/Time: _____

| Attempts |
|---|
| 1/26/2023 11:31:03 AM |

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____  _____
Name of Notary  Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING, was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
28052AEA210C420...
_____  01/26/2023
Signature of Process Server  Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

MEGAN SCHAFFER                                                    Plaintiff

vs

BOROUGH OF PARAMUS, ET AL
                                                                  Defendant

20221228120911

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
BOROUGH OF PARAMUS,
1 WEST JOCKISH SQUARE  UPPER LEVEL
PARAMUS  NJ  07652
**By serving:**  ANNEMARIE KRUSZNIS, MUNICIPAL CLERK

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

**Service Data:**   [X] Served Successfully        [ ] Not Served

Date/Time:      12/29/2022 10:43 AM      _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

ANNEMARIE KRUSZNIS, MUNICIPAL CLERK

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F    AGE: 51-65   HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____day of _____, 20 _____

Notary Signature:_____

_____   _____
       Name of Notary              Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
89DA8F772755482...

_____   12/29/2022
Signature of Process Server            Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

MEGAN SCHAFFER

    Plaintiff

vs

BOROUGH OF PARAMUS, ET AL

    Defendant

20221228114717

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
WILLIAM R. COMERY
285 FAIRVIEW AVENUE
PARAMUS NJ 07652
**By serving:** WILLIAM R. COMERY

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** SUMMONS AND VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATIONS,

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.\_\_\_\_

| **Service Data:** | [X] Served Successfully | [ ] Not Served |
|---|---|---|

Date/Time:  1/11/2023 8:14 AM

Name of Person Served and relationship/title:

WILLIAM R. COMERY

SELF

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: M   AGE: 65+   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: MOUSTACHE

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

| Attempts |
|---|
| 12/29/2022 11:10:38 AM |
| 1/10/2023 5:20:54 PM |
| 1/10/2023 5:20:54 PM |

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____day of _____, 20 _____

Notary Signature:_____

_____  _____
Name of Notary            Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
97EBB0B6BC2C4FD...
Signature of Process Server     01/11/2023
                                Date

Name of Private Server: DAVID SPALDING   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

MEGAN SCHAFFER

             Plaintiff

vs

BOROUGH OF PARAMUS, ET AL

             Defendant

20221228120120

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
ROBERT KAISER
652 SEAGULL DRIVE
PARAMUS  NJ  07652
**By serving:** ROBERT KAISER

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**   [X] Served Successfully   [ ] Not Served

Date/Time:   1/4/2023 8:12 AM   _____

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

ROBERT KAISER_____

SELF_____

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: SALTPEP   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

| Attempts |
|---|
| 12/29/2022 3:37:44 PM |

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____day of _____, 20 _____

Notary Signature:_____

_____   _____
Name of Notary            Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
_____   01/04/2023
Signature of Process Server                Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

| | |
|---|---|
| MEGAN SCHAFFER          Plaintiff | 20221228121700 |
| vs | Superior Court Of New Jersey |
| BOROUGH OF PARAMUS, ET AL          Defendant | BERGEN Venue |
| | Docket Number: BER L 6846 22 |

**Person to be served** (Name and Address):
HECTOR OLMO, BOROUGH ADMINISTRATOR
BOROUGH OF PARAMUS  1 WEST JOCKISH SQUARE, UPPER LEVEL
PARAMUS  NJ  07652
**By serving:** HECTOR OLMO, BOROUGH ADMINISTRATOR

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

**Service Data:**  [X] Served Successfully    [ ] Not Served

Date/Time:  12/29/2022 10:44 AM    _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

ANNEMARIE KRUSZNIS, MUNICIPAL CLERK

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:      Date/Time: _____
                         Date/Time: _____
                         Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____     _____
Name of Notary           Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
BD55203420EE415...
_____     12/29/2022
Signature of Process Server        Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

MEGAN SCHAFFER

Plaintiff

vs

BOROUGH OF PARAMUS, ET AL

Defendant

20221228120825

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
KENNETH RASCHEN
8 COTTAGE PLACE
ALLENDALE  NJ  07401
**By serving:** KENNETH RASCHEN

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**   [X] Served Successfully     [ ] Not Served

Date/Time:   1/5/2023 4:29 PM

[ ] Delivered a copy to him/her personally

[X] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

MOREEN RASCHEN

WIFE

**Description of Person Accepting Service:**

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:    Date/Time: _____
                       Date/Time: _____
                       Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____    _____
   Name of Notary              Commission Expiration

**Docusign Court Approved E-Signature**

I, LOUIS LISI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Louis Lisi*
—8EB0057B73F843E...————————    01/05/2023
Signature of Process Server                Date

Name of Private Server: LOUIS LISI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

| | |
|---|---|
| MEGAN SCHAFFER | 20230125175130 |
| Plaintiff | Superior Court Of New Jersey |
| vs | BERGEN Venue |
| BOROUGH OF PARAMUS, ET AL | Docket Number: BER L 6846 22 |
| Defendant | |

**Person to be served** (Name and Address):
JOSEPH A. SEXTON, III
1 W. JOCKISH SQUARE
PARAMUS  NJ  07652
**By serving:** JOSEPH A. SEXTON, III

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** GREGORY J. HAZLEY, ESQ.

Cost of Service pursuant to R. 4:4-3(c)

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

$ _____.____

**Service Data:**   [X] Served Successfully     [ ] Not Served

Date/Time:   1/26/2023 11:33 AM      _____

Name of Person Served and relationship/title:

[ ] Delivered a copy to him/her personally

ANNEMARIE KRUSZNIS, MUNICIPAL CLERK

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

PERSON AUTHORIZED TO ACCEPT SERVICE

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

| Attempts |
|---|
| 1/26/2023 11:30:40 AM |

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____day of _____, 20 _____

Notary Signature:_____

_____   _____
Name of Notary         Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
4D2BF36F6F9B40C...
_____   01/26/2023
Signature of Process Server              Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

MEGAN SCHAFFER

                Plaintiff

vs

BOROUGH OF PARAMUS, ET AL

                Defendant

20221228114742

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 6846 22

**Person to be served** (Name and Address):
JEANNE WEBER
403 BURLINGTON ROAD
PARAMUS  NJ  07652
**By serving:** JEANNE WEBER

**Attorney:** GREGORY J. HAZLEY, ESQ.

**Papers Served:** LETTER, SUMMONS, VERIFIED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, VERIFICATION, CERTIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**  [X] Served Successfully  [ ] Not Served

Date/Time: 12/29/2022 11:23 AM  _____

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

JEANNE WEBER_____

SELF_____

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____   _____
Name of Notary              Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID SPALDING,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*DAVID SPALDING*
_____   12/29/2022
Signature of Process Server            Date

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952