# Exhibit B

**Judiciary eCourts System - Civil Part**

Home    Help    Logout

| CASE JACKET | | User:GREGORY HAZLEY |
|---|---|---|

## Docket Number:  BER L 006846 - 22

Back

Create Summary Report

**Case Caption:** Schaffer Megan Vs Borough Of Paramus
**Court:** Civil Part
**Case Type:** Law Against Discrimination (Lad) Cases
**Case Track:** 3
**# of Discovery Days:** 450
**Original Discovery End Date:**
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:** 01/30/2023

**Venue:** Bergen
**Case Status:** Closed
**Judge:** Robert C Wilson
**Age of Case:** 00 YR 00 MO
**Current Discovery End Date:**
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Transferred To Another County

**Case Initiation Date:** 12/27/2022
**Jury Demand:** 6 Jurors
**Team:** 2
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

| Plaintiffs (1) | Defendants (8) | ACMS Documents (11) | Fees (11) |
|---|---|---|---|

Megan Schaffer

---

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/27/2022 | 📎 ✉ | Complaint with Jury Demand for BER-L-006846-22 submitted by HAZLEY, GREGORY J, DE COTIIS FITZPATRICK COLE & GIBLIN LLP on behalf of MEGAN SCHAFFER against BOROUGH OF PARAMUS, KEN RASCHEN, JOSEPH SEXTON, ROBERT KAISER, ACE ANTONIO ET AL. | LCV20224449641 | 12/27/2022 |
| 12/28/2022 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20224450499 | 12/28/2022 |
| 01/27/2023 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by HAZLEY, GREGORY, J of DE COTIIS FITZPATRICK COLE & GIBLIN LLP on behalf of MEGAN SCHAFFER against BOROUGH OF PARAMUS, KEN RASCHEN, JOSEPH SEXTON, ROBERT KAISER, ACE ANTONIO ET AL. | LCV2023383050 | 01/27/2023 |
| 01/30/2023 | 📎 ✉ | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by FENWICK, WILLIAM, ROBERT of PEARCE LAW LLC on behalf of ACE ANTONIO against MEGAN SCHAFFER | LCV2023399360 | 01/30/2023 |
| 01/30/2023 | 📎 ✉ | NOTICE OF REMOVAL submitted by SEAMAN, LEONARD, E of RICHARD MALAGIERE, PC on behalf of ROBERT KAISER against MEGAN SCHAFFER, BOROUGH OF PARAMUS, KEN RASCHEN, JOSEPH SEXTON, ACE ANTONIO ET AL. | LCV2023399854 | 01/30/2023 |
| 02/03/2023 | 📎 ✉ | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by GIBLIN, BRIAN, T of GIBLIN & GANNAIO on behalf of JEANNE WEBER against MEGAN SCHAFFER | LCV2023445667 | 02/03/2023 |
| 02/03/2023 | ✉ | DEFICIENCY NOTICE: re: NOTICE OF APPEARANCE (NOT THE FIRST PAPER) [LCV2023445667] -Please note this case has been transferred to District Court. | LCV2023451461 | 02/03/2023 |

Showing 1 to 7 of 7 entries