# Exhibit C

Richard Malagiere – 0379511996
Leonard E. Seaman – 035021990
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Defendant, Robert Kaiser

|  |  |
|---|---|
|  | SUPERIOR COURT OF NEW JERSEY |
|  | LAW DIVISION: BERGEN COUNTY |
|  | DOCKET NO.: BER-L-6846-22 |

**MEGAN SCHAFFER,**

                      Plaintiff,

v.

**BOROUGH OF PARAMUS; KEN
RASCHEN in his individual and
official capacity; JOSEPH "JAY"
SEXTON in his individual and
official capacity; ROBERT
KAISER, in his individual and
official capacity; ACE ANTONIO,
in his individual and official
capacity; JEANNE WEBER, in
her individual and official
capacity; WILLIAM R.
COMERY, in his individual and
official capacity; HECTOR
OLMO, in his individual and
official capacity,**

                      Defendants

CIVIL ACTION

**NOTICE OF FILING
PETITION FOR REMOVAL**

TO:   Clerk of the Court
      Superior Court of New Jersey
      Bergen County Courthouse
      10 Main Street
      Hackensack, NJ 07601

      Gregory J. Hazley, Esq.
      DeCOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
      61 South Paramus Road
      Paramus, New Jersey 07652

**PLEASE TAKE NOTICE** that Defendant, Robert Kaiser, has filed his petition for removal of this action to the United States District Court for the District of New Jersey on January 30, 2023. A copy of the petition filed with the United States District Court is submitted herewith as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby file a copy of their notice with the Superior Court of New Jersey, Law Division, Bergen County, in accordance with 28 U.S.C. § 1446.

THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
Attorneys for Defendant, Robert Kaiser

By:  s/ Leonard E. Seaman
     LEONARD E. SEAMAN

Dated: January 30, 2023

2