UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGAN SCHAFFER,<br><br>                    Plaintiff,<br><br>v.<br><br>BOROUGH OF PARAMUS; KEN RASCHEN in his individual and official capacity; JOSEPH "JAY" SEXTON in his individual and official capacity; ROBERT KAISER, in his individual and official capacity; ACE ANTONIO, in his individual and official capacity; JEANNE WEBER, in her individual and official capacity; WILLIAM R. COMERY, in his individual and official capacity; HECTOR OLMO, in his individual and official capacity,<br><br>                    Defendants. | Civil Action No. 2:23-cv-00530-BRM-MAH<br><br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by DeCotiis, FitzPatrick, Cole & Giblin, LLP (Gregory J. Hazley, appearing), as attorneys for plaintiff Megan Schaffer, and it appearing that defendant Robert Kaiser's petition for removal of this matter from the Superior Court of New Jersey, Law Division, Bergen County, fails to satisfy the requirements of 42 U.S.C. § 1446(b)(2)(A) in that no properly joined and served co-defendant joined in or consented to removal, and for good cause shown,

**IT IS** on this _____ day of _____, 2023, hereby

**ORDERED** that Plaintiff's motion to remand is **GRANTED**; and it is further

**ORDERED** that Plaintiff's application for costs and fees is **GRANTED**; and it is further

**ORDERED** that this case is remanded to the New Jersey Superior Court, Law Division, Bergen County.

_____
BRIAN R. MARTINOTTI, U.S.D.J.