Mary C. McDonnell, Esq. (Attorney ID # 045271992)
PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
Attorneys for Defendants, Borough of Paramus, Ken Raschen, Joseph "Jay" Sexton, Robert Kaiser, Ace Antonio, Jeanne Weber, William R. Comery, and Hector Olmo

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MEGAN SCHAFFER,**<br><br>                    Plaintiff,<br><br>v.<br><br>**BOROUGH OF PARAMUS; KEN RASCHEN** in his individual and official capacity; **JOSEPH "JAY" SEXTON** in his individual and official capacity; **ROBERT KAISER,** in his individual and official capacity; **ACE ANTONIO,** in his individual and official capacity; **JEANNE WEBER,** in her individual and official capacity; **WILLIAM R. COMERY,** in his individual and official capacity; **HECTOR OLMO,** in his individual and official capacity,<br><br>                    Defendants | CIVIL ACTION NO.:<br>2:23-cv-00530-BRM-MAH<br><br>**NOTICE OF CONSENT TO REMOVAL** |

TO:   Clerk of the Court
         United States District Court for the District of New Jersey
         50 Walnut Street
         Newark, New Jersey 07102

Pursuant to 28 U.S.C. §§ 1441, and 1446(b)(2)(A), defendants, Borough of Paramus, Ken Raschen, Joseph "Jay" Sexton, Robert Kaiser, Ace Antonio, Jeanne Weber, William Comery, and Hector Olmo consent to removal of this case from the Superior Court of New Jersey, Law Division, Bergen County, bearing Docket No. BER-L-6846-22.

Respectfully Submitted,

 /s/ Mary C. McDonnell
MARY C. MCDONNELL

DATED:    February 24, 2023