THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail:  les@malagierelaw.com

March 3, 2023

**VIA CM/ECF**
The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102.

   **Re: SCHAFFER v. PARAMUS et al**
      **Civil Action No. 2:23-cv-530-BRM-MAH**

Dear Judge Martinotti:

  This office represents defendant, Robert Kaiser, in the above matter.

  We write to confirm the briefing schedule with respect to plaintiff's pending cross-motion to remand (ECF No. 4).

  We filed a motion to dismiss in lieu of answer (ECF No. 2). Plaintiff did not substantively oppose that application. Instead, counsel filed the cross-motion to remand and a letter requesting that the motion to dismiss be administratively terminated (ECF No. 5). The Court granted that request yesterday (ECF No. 11).

  Nevertheless, we understand that the pending application is still considered to be a cross-motion and that defendants' opposition is due on March 13, 2023. *See, L. Civ. R.* 7.1(d)(3).

      If, however, plaintiffs cross-motion to remand is now deemed a primary motion, defendants are entitled to an automatic one-cycle adjournment of the return date to April 3, 2023 under *L. Civ. R.* 7.1(d)(5). To the extent that the Court is treating plaintiff's application as such, we respectfully request same.

      Thank you.

Respectfully submitted,

s/ Leonard E. Seaman
LEONARD E. SEAMAN

LES/me

cc:   All counsel (via CM/ECF)
       client (via e-mail)


SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 6, 2023