# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

MEGAN SCHAFFER

                Plaintiff,

v.                                  Case No.: 2:23−cv−00530−BRM−MAH

                                              Judge Brian R. Martinotti

BOROUGH OF PARAMUS, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−06846−22

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                    Very truly yours,

                                    CLERK OF COURT
                                    By Deputy Clerk, mxw

encl.
cc: All Counsel